# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5041**                                              **September Term, 2025**

**1:22-cv-00898-RDM**

**Filed On: February 3, 2026** [2157361]

United States of America,

   Appellee

  v.

$9,781,900.00 of funds in the name of
Falcon Strategic Solutions, et al.,

   Appellees

Calidus LLC,

   Appellant

## O R D E R

 The notice of appeal was filed on January 29, 2026, and docketed in this court on January 31, 2026. It is, on the court's own motion,

 **ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 5, 2026 |
| Docketing Statement Form | March 5, 2026 |
| Entry of Appearance Form (Attorneys Only) | March 5, 2026 |
| Procedural Motions, if any | March 5, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 5, 2026 |
| Statement of Issues to be Raised | March 5, 2026 |
| Transcript Status Report | March 5, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | March 5, 2026 |
| Dispositive Motions, if any | March 20, 2026 |

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5041**                                                  **September Term, 2025**

It is

      **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 5, 2026 |
| Entry of Appearance Form (Attorneys Only) | March 5, 2026 |
| Procedural Motions, if any | March 5, 2026 |
| Dispositive Motions, if any | March 20, 2026 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

                BY:    /s/
                          Emily K. Campbell
                          Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)