[ORAL ARGUMENT NOT YET SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>$9,781,900 OF FUNDS IN THE NAME OF FALCON STRATEGIC SOLUTIONS, et al.,<br><br>    Defendants-Appellees,<br><br>CALIDUS LLC,<br><br>    Claimant-Appellant. | No. 26-5041 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1)(a), the undersigned counsel certifies as follows:

**A. Parties**

This is an *in rem* action seeking forfeiture of funds pursuant to the International Emergency Economic Powers Act, 18 U.S.C. § 981.

Appellant Calidus, LLC filed a claim of interest as to some of the funds at issue in this case.

Appellees are plaintiff United States of America and defendants $9,781,900.00 of funds in the name of Falcon Strategic Solutions; $582,000.00 of funds in the name of Falcon Strategic Solutions; $3,886,973.41 of funds in the name of Finrost Limited; $15,179,860.00 of funds in the name of Finrost Limited; and $4,549,719.80 of funds in the name of Vectura Trans.

Supplies Solutions Co LLC appeared in the district court as a potential claimant but did not file a claim of interest.

### R. Rulings Under Review

Appellant seeks review of the December 3, 2025 opinion and order of the district judge (Moss, J.) granting the government's renewed motion to strike the claim of interest filed by Calidus, LLC for lack of standing. *See* Dkts. 43, 44. The district court's opinion is available at 2025 WL 3470138. It is not yet available in the Federal Supplement.

### C. Related Cases

Counsel is not aware of any pending cases raising the same or similar issues presented on appeal here, nor was this case previously before this Court or any other court.

                Respectfully submitted,

                */s/ Sarah Clark Griffin*
                SARAH CLARK GRIFFIN
                  *Attorney, Appellate Staff*
                  *Civil Division, Room 7216*
                  *U.S. Department of Justice*
                  *950 Pennsylvania Avenue NW*
                  *Washington, DC 20530*
                  *202-305-8727*
MARCH 2026              *sarah.c.griffin@usdoj.gov*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

*/s/ Sarah Clark Griffin*
SARAH CLARK GRIFFIN