# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5041**                                    **September Term, 2025**

**1:22-cv-00898-RDM**

**Filed On: June 4, 2026**

United States of America,

      Appellee

     v.

$9,781,900.00 of funds in the name of
Falcon Strategic Solutions, et al.,

      Appellees

Calidus LLC,

      Appellant

**O R D E R**

Upon consideration of the motion to withdraw as counsel for appellant, it is

**ORDERED** that the motion be granted, and Eric L. Lewis and Alexander S. Bedrosyan be terminated as counsel for appellant in this case.  It is

**FURTHER ORDERED** that appellant have new counsel enter an appearance by July 6, 2026.  It is

**FURTHER ORDERED** that the following revised briefing schedule will apply in this case:

| | |
|---|---|
| Appellant's Brief | July 6, 2026 |
| Appellees' Brief | August 5, 2026 |
| Appellant's Reply Brief | August 26, 2026 |
| Deferred Appendix | September 2, 2026 |
| Final Briefs | September 16, 2026 |

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-5041**                    **September Term, 2025**

Failure to comply with this order may result in dismissal of the case for lack of prosecution.  <u>See</u> D.C. Cir. Rule 38.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY:    /s/
                               Laura M. Morgan
                               Deputy Clerk